| | | | |
|---|---|---|---|
| M.S.P. v. W.P., III................... | 3336 EDA 2015<br>Affirmed | 11/23/2016 | 2007–19144<br>(Montgomery) |
| Com. v. Palmer ...................... | 3510 EDA 2015<br>Affirmed | 11/23/2016 | CP–39–CR–0004205–<br>2014<br>(Lehigh) |
| Com. v. Poland ...................... | 3680 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/23/2016 | CP–64–CR–0000157–<br>2015<br>(Wayne) |
| Com. v. Seldon ...................... | 49 EDA 2016<br>Affirmed | 11/23/2016 | CP–51–CR–0012826–<br>2012<br>(Philadelphia) |
| Com. v. Saltzer ...................... | 96 EDA 2016<br>Affirmed | 11/23/2016 | CP–46–CR–0004765–<br>2014<br>(Montgomery) |
| Com. v. Everett ...................... | 228 EDA 2016<br>Affirmed | 11/23/2016 | CP–51–CR–0100251–<br>1986<br>(Philadelphia) |
| Com. v. Lawrence.................... | 325 EDA 2016<br>Affirmed | 11/23/2016 | CP–51–CR–1100511–<br>1997<br>(Philadelphia) |
| Com. v. Houston ..................... | 455 EDA 2016<br>Affirmed | 11/23/2016 | CP–51–CR–0401601–<br>1990<br>(Philadelphia) |
| Com. v. Saccomandi ................. | 497 EDA 2016<br>Affirmed | 11/23/2016 | CP–23–CR–0002510–<br>2015<br>(Delaware) |
| Com. v. Bivans ...................... | 583 EDA 2016<br>Affirmed | 11/23/2016 | CP–46–CR–0002370–<br>2013<br>(Montgomery) |
| Com. v. Thomas...................... | 668 EDA 2016<br>Vacated and<br>Remanded | 11/23/2016 | CP–23–CR–0000844–<br>2013<br>(Delaware) |
| Com. v. Gregg ...................... | 670 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/23/2016 | CP–23–SA–0000846–<br>2015<br>(Delaware) |
| Cohen v. Long & Foster Real Estate,<br>Inc............................... | 698 EDA 2016<br>Affirmed | 11/23/2016 | 2014–9715<br>(Delaware) |
| Com. v. Demenczuk .................. | 990 EDA 2016<br>Affirmed | 11/23/2016 | CP–09–CR–0005408–<br>2015<br>(Bucks) |
| In the Interest of: R.R................ | 1023 EDA 2016<br>Affirmed | 11/23/2016 | CP–51–AP–0000709–<br>2015<br>CP–51–DP–0000888–<br>2012<br>FID: 51–FN–001587–<br>2012<br>(Philadelphia) |